WILLIAM HEMAN, Respondent, v. CHARLES MCLAREN,
Appellant.

**St. Louis Court of Appeals, January 31, 1888.**

SPECIAL TAX BILL, IMPROPERLY COUNTERSIGNED.—There can be no re-
covery on a special tax bill countersigned by a deputy comptroller,
and not in the name of the comptroller. (*Reaffirming Eyerman v.
Payne, ante, p. 72*).

APPEAL from the St. Louis Circuit Court, HON.
DANIEL DILLON, Judge.

*Reversed.*

ROBERT L. MCLAREN, for the appellant:    *City v.
Stoddard*, 15 Mo. App. 179.

H. M. WILCOX and GEO. P. SMITH, for the respond-
ent : *Ess v. Bouton*, 64 Mo. 105 ; *Stifel v. Dougherty*,
6 Mo. App. 441 ; *Waud v. Green*, 7 Mo. App. 82 ; *Seibert
v. Tiffany*, 8 Mo. App. 33 ; *Mauro v. Buffington*, 26
Mo. 184 ; *Williams v. Payne*, 80 Mo. 409 ; *Tackett v.
Vogler*, 85 Mo. 480.

ROMBAUER, J., delivered the opinion of the court.

In conformity with our ruling in the case of *Eyer-
man v. Payne* (*ante*, p. 72), the judgment in this case
must be reversed.   The suit is founded on a special tax
bill issued for work done in paving an alley, and the tax
bill, instead of being countersigned by the comptroller,
is countersigned thus :   "*Fred. Gabel, Deputy Comp-
troller*." In *Eyerman v. Payne*, we have stated our rea-
sons in full, showing that, under the decisions in this
state in analogous cases, no recovery can be had on a
special tax bill thus countersigned.

All the judges concurring, the judgment is reversed.